No. 21, Misc. PETERS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Bertrand De Blanc* for respondent.

No. 28, Misc. BANKS *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Nelson P. Kempsky,* Deputy Attorney General, for respondent.

No. 29, Misc. MARTIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 30, Misc. CINDLE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *G. T. Blankenship,* Attorney General of Oklahoma, and *Hugh H. Collum,* Assistant Attorney General, for respondent.

No. 31, Misc. TORRES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Edward J. Horowitz,* Deputy Attorney General, for respondent.

No. 32, Misc. CRAWFORD *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *William E. Gray* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.